AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whaley, Robert H | United States District Court | 07/07/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> P.O. Box 283 <br> Spokane, WA 99210-0283 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2008 JUL -8 A 11: 01
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2007 | Winston & Cashatt Law Firm, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Van Kampen Enterprise Class A Mut Fd | | None | | | Sold | 5-15 | J | | |
| 3. -Core Cash Account | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. FRANKLIN TEMPLETON: | | | | | | | | | |
| 6. -Templeton Developing MrktsTrust Mut Fd | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. CHASEMELLON: | | | | | | | | | |
| 9. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. FIDELITY EDUCATION ACCOUNT | | | | | | | | | |
| 12. -NH 100% Equity Contribution | | None | J | T | Buy | Mthly | J | | See VIII |
| 13. | | | | | | | | | |
| 14. FIDELITY EDUCATION ACCOUNT | | | | | | | | | |
| 15. -NH 100% Equity Contribution | | None | J | T | Buy | Mthly | J · | | See VIII |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY EDUCATION ACCOUNT (X) | | | | | | | | | |
| 19. -NH 100% Equity Contribution (X) | | None | J | T | Buy | Mthly | J | | See VIII |
| 20. | | | | | | | | | |
| 21. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 22. -EMC Corp Mass Common Stock | | None | | | Sold | 5-15 | J | A | |
| 23. -Fidelity Int'l Discovery Mutual Fund | C | Dividend | L | T | | | | | |
| 24. -Fidelity Canada Mutual Fund | C | Dividend | L | T | Part Sold | 10-11 | J | C | |
| 25. | | | | | Part Sold | 12-10 | J | C | |
| 26. -Fidelity Int'l Small Cap Opp Fund Mutual Fund | B | Dividend | J | T | | | | | |
| 27. -Fidelity Diversified Int'l Mutual Fund | D | Dividend | L | T | Part Sold | 9-24 | J | A | |
| 28. | | | | | Part Sold | 12-10 | J | A | |
| 29. -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | | | | | |
| 30. -Spartan Total Mkt Index Investor Class Mutual Fund | A | Dividend | K | T | Buy | 4-19 | J | | |
| 31. -Spartan Int'l Index Investor Class Mutual Fund | B | Dividend | K | T | Buy | 4-19 | J | | |
| 32. -Fidelity Large Cap Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 33. -Fidelity Small Cap Stock Mutual Fund | C | Dividend | K | T | Part Sold | 5-11 | J | | |
| 34. -Fidelity Capital & Income Mutual Fund | C | Dividend | L | T | Buy | 4-1-9 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 36. -Fidelity Contrafund Mutual Fund | C | Dividend | L | T | Part Sold | 3-05 | J | | |
| 37. | | | | | Part Sold | 5-11 | K | | |
| 38. | | | | | Part Sold | 9-24 | J | A | |
| 39. | | | | | Part Sold | 10-11 | J | A | |
| 40. | | | | | Part Sold | 12-10 | J | A | |
| 41. -Fidelity Real Estate Investment Mutual Fund | B | Dividend | K | T | Buy | 4-19 | J | | |
| 42. -Fidelity Independence Mutual Fund | A | Dividend | J | T | | | | | |
| 43. -Fidelity Fifty Mutual Fund | B | Dividend | J | T | | | | | |
| 44. -Fidelity Balanced Mutual Fund | B | Dividend | K | T | | | | | |
| 45. -Fidelity Low Priced Stock Mutual Fund | C | Dividend | K | T | | | | | |
| 46. -Fidelity Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 47. -Fidelity Dividend Growth Mutual Fund | B | Dividend | K | T | Part Sold | 5-11 | J | B | |
| 48. -Fidelity Select Computers Mutual Fund | | None | | | Sold | 3-05 | J | C | |
| 49. -Fidelity Export & Multinational Mutual Fund | B | Dividend | K | T | | | | | |
| 50. -FMA Small Company Port Inst'l Mutual Fund | B | Dividend | J | T | | | | | |
| 51. -Artisan Int'l Mutual Fund | D | Dividend | L | T | Buy | 4-16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Part Sold | 12-10 | J | A | |
| 53. -Calamos Growth Class B Mutual Fund | | None | | | Sold | 4-18 | L | C | |
| 54. -FPA Perennial Fund Mutual Fund | | None | | | Sold | 4-12 | L | C | |
| 55. -First Eagle Global Class A Mutual Fund | D | Dividend | L | T | Part Sold | 10-15 | J | A | |
| 56. -Oakmark Fund I Mutual Fund | B | Dividend | K | T | | | | | |
| 57. -Kinetics Small Cap Opportunties Mutual Fund | A | Dividend | J | T | | | | | |
| 58. -MTB Small Class Growth Class A Mutual Fund | | None | | | Part Sold | 3-08 | J | | |
| 59. | | None | | | Sold | 4-12 | K | D | |
| 60. -Northern Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 61. -Schwab Small Cap Equity-Invest Shs Mutual Fund | A | Dividend | J | T | | | | | |
| 62. -Third Avenue Real Estate Value Mutual Fund | C | Dividend | K | T | Buy | 4-19 | J | | |
| 63. -Van Kampen Equity & Income Class C Mutual Fund | C | Dividend | K | T | Part Sold | 12-12 | J | A | |
| 64. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 65. -Fidelity Low Priced Stock Mutual Fund | C | Dividend | K | T | Part Sold | 9-24 | J | B | |
| 66. | | | | | Part Sold | 10-11 | J | A | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FIDELITY INVESTMENTS: | | | | | | | | | |
| 70. -Amgen Inc. Common Stock | | None | J | T | | | | | |
| 71. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | | | | | |
| 72. -Eaton Vance Tax Advantage Div Income Fd Mutual Fund | B | Dividend | K | T | | | | | |
| 73. -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 74. -Fidelity International Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 75. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 76. -Fidelity Diversified International Mutual Fund | B | Dividend | J | T | | | | | |
| 77. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 78. -Fidelity Small Cap Independence Mutual Fund | A | Dividend | J | T | | | | | |
| 79. -Fidelity Small Cap Stock Mutual Fund | B | Dividend | K | T | | | | | |
| 80. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 81. -Fidelity Contrafund Mutual Fund | C | Dividend | K | T | | | | | |
| 82. -Fidelity Mid Cap Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 83. -Fidelity Real Estate Investments Mutual Fund | A | Dividend | J | T | Buy | 4-16 | J | | |
| 84. -Fidelity Balanced Mutual Fund | C | Dividend | K | T | | | | | |
| 85. -Fidelity Low-Priced Stock Mutual Fund | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,:01 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 87.   -Fidelity Dividend Growth Mutual Fund | C | Dividend | K | T | | | | | |
| 88.   -Fidelity Leveraged Company Stock Mutual Fund | C | Dividend | L | T | | | | | |
| 89.   -Fidelity Select Technology Mutual Fund | | None | | | sold | 4-16 | J | | |
| 90.   -Fidelity Export & Multinational Mutual Fund | A | Dividend | K | T | | | | | |
| 91.   -Fidelity Value Mutual Fund | A | Dividend | J | T | | | | | |
| 92.   -American Balanced Class C Mutual Fund | B | Dividend | L | T | | | | | |
| 93.   -Calamos Growth Fund Class C Mutual Fund | D | Dividend | L | T | | | | | |
| 94.   -American Growth Fund of America Class C Mutual Fund | C | Dividend | L | T | | | | | |
| 95.   -Vanguard Index Trust S&P Port Mutual Fund | A | Dividend | K | T | | | | | |
| 96.   -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 97. | | | | | | | | | |
| 98.   FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 99.   -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 100.  -Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 101.  -Fidelity Intl Small Cap Opp Fund | A | Dividend | J | T | | | | | |
| 102.  -Fidelity Diversified International Fund Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 104. -Fidelity Small Cap Stock Mutual Fund | B | Dividend | J | T | | | | | |
| 105. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 106. -Fidelity Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 107. -Fidelity Large Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 108. -Fidelity Real Estate Investment Mutual Fund | A | Dividend | J | T | Buy | 4-16 | J | | |
| 109. -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 110. -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 111. -Fidelity Leveraged Company Stock Mutual Fund | A | Dividend | K | T | | | | | |
| 112. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 113. -Fidelity Select Health Care Mutual Fund | A | Dividend | J | T | | | | | |
| 114. -Fidelity Select Electronics Mutual Fund | A | Dividend | | | Sold | 4-16 | J | B | |
| 115. -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 116. -Vanguard Growth Index Mutual Fund | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SMITH BARNEY: | | | | | | | | | |
| 121. -Aim Equity - Constellation Mutual Fund | | None | J | T | | | | | |
| 122. -Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | | None | J | W | | | | | |
| 125. Ltd. Partner, Deming Apartments, LLC (X) | | None | J | W | | | | | |
| 126. | | | | | | | | | |
| 127. MassMutual: GP Life at 69 | A | Dividend | K | T | | | | | |
| 128. | | | | | | | | | |
| 129. MassMutual: Whole Life | | None | K | T | | | | | |
| 130. | | | | | | | | | |
| 131. CBSS, LLC (Purchased 2-23-06, $29,000) | | None | K | R | | | | | |
| 132. | | | | | | | | | |
| 133. TRUST #1(Fidelity) | | | | | | | | | |
| 134. - Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 135. - Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 136. - Fidelity Contrafund Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H | 07/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Fidelity Dividend Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 138. - Fidelity Export & Multint'l Mutual Fund | A | Dividend | J | T | | | | | |
| 139. - Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 140. - Fidelity Int'l Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 141. - Fidelity Strategic Income Mutual Fund | B | Dividend | J | T | | | | | |
| 142. - Fidelity Small Cap Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 143. - Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 144. - Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 -$25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Lines 11 - 15, and Page 5, Lines 18 - 19:  Equal monthly contributions are made to these three 529 education accounts.

ASSETS PREVIOUSLY LISTED THAT ARE NOT LISTED IN THE 2007 FINANCIAL DISCLOSURE:

National Securities Corporation (Montana Precision Mining Ltd. Common Stock) is below the reporting threshold.

In FIDELITY INVESTMENTS IRA:  LMP Cap & Income Fd Inc. COM Mutual Fund and MPM Technologies Inc. New Common Stock are below the reporting threshold.

L

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544